Jason Gober
#24921-081
Phoenix Federal Correctional Institution
37910 N. 45th Ave.
Phoenix, AZ 85086



Judge Jill N. Parrish
U.S. District Court
District of UTAH
Orrin G. Hatch - U.S. Court House
351 S. West Temple
S.L.C., UT 84101